DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WALTER ALFONSO BRYANT,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D2024-0355

_____

August 14, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Donna Marie Padar, Judge.

Walter Alfonso Bryant, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.